**Randall E. NABORS, Petitioner–Appellant,**

v.

**Phillip McCLOWD, Warden; Perry Correctional Institution; Charles M. Condon, Attorney General of the State of South Carolina, Respondents–Appellees.**

**No. 03–6641.**

United States Court of Appeals, Fourth Circuit.

Submitted July 24, 2003.

Decided July 31, 2003.

Randall E. Nabors, Appellant Pro Se. Donald John Zelenka, Chief Deputy Attorney General, Derrick K. McFarland, Samuel Creighton Waters, Office of the Attorney General of South Carolina, Columbia, South Carolina, for Appellees.

Before MICHAEL and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM.

PER CURIAM.

Randall E. Nabors seeks to appeal the district court's order substantially accepting the recommendation of the magistrate judge and denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have independently reviewed the record and conclude that Nabors has not made a substantial showing of the denial of a constitutional right. *See Miller-El v. Cockrell,* 537 U.S. 322, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*